1  STEVE W. BERMAN
   GEORGE W. SAMPSON
2  TYLER WEAVER
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1918 Eighth Avenue, Suite 3300
   Seattle, WA  98101
4  Telephone:  (206) 623-7292
   Facsimile:   (206) 623-0594
5  steve@hbsslaw.com
   george@hbsslaw.com
6  tyler@hbsslaw.com

7  JENNIFER FOUNTAIN CONNOLLY
   HAGENS BERMAN SOBOL SHAPIRO LLP
8  1629 K St. NW, Suite 300
   Washington, D.C.  20006
9  Telephone:  (202) 355-6435
   Facsimile:  (202) 355-6455
10 jenniferc@hbsslaw.com

11 *Attorneys for Plaintiffs*

**JS-6**

12            UNITED STATES DISTRICT COURT
13            CENTRAL DISTRICT OF CALIFORNIA
14                 WESTERN DIVISION

                                         CV 06-4985 SVW

15 | IN RE LIVE CONCERT          | Case No.: 2:06-MDL-01745 SVW
   | ANTITRUST LITIGATION        | (VBKx)
16 |                             |
17 |                             | **JOINT STIPULATION OF
   |                             | DISMISSAL WITH PREJUDICE
18 | This document relates to all actions. | ☜ ORDER**
   |                             | Hearing:   None
19 |                             | Time:      None
   |                             | Courtroom: 6
20 |                             | Judge:     Hon. Stephen V. Wilson
21 |                             | Trial Date: None
22
23
24            IT IS SO ORDERED
25            Dated JUN 2 2 2012
26            _____
              United States District Judge
27            STEPHEN V. WILSON
28

---

STIPULATED DISMISSAL

1    WHEREAS, this multidistrict litigation ("MDL") includes twenty-two actions
2  consolidated for purposes of coordinated pretrial proceedings;
3    WHEREAS, the parties have reached a global settlement of all twenty-two
4  actions in this MDL pursuant to which the parties have agreed to dismiss all twenty-
5  two actions with prejudice;
6    NOW, THEREFORE, the parties, by and through their attorneys of record,
7  and pursuant to Fed. R. Civ. P. 41(a)(1(A)(ii), hereby STIPULATE and AGREE
8  that this MDL and the following member actions are hereby dismissed with
9  prejudice:
10    (1)    *Malinda Riley v. Clear Channel Communications*, CV 06-2381-SVW
11  (RCx) (Chicago Region);
12    (2)    *Hayes Young v. Clear Channel Communications, Inc.*, CV 06-3701-
13  SVW (RCx) (New York/New Jersey Region);
14    (3)    *Adam Rosen v. Clear Channel Communications, Inc.*, CV 06-3965-
15  SVW (RCx) (Boston Region);
16    (4)    *Margaret A Thompson v. Clear Channel Communications Inc et al.*,
17  2:05-cv-06704-SVW-VBK (Los Angeles Region);
18    (5)    *Lauren J Hammer v. Clear Channel Communications Inc.*, 2:06-cv-
19  04987-SVW-VBK (Denver Region).
20    (6)    *Priscilla Diaz v. Clear Channel Communications, Inc.*, CV 06-2380-
21  SVW (RCx) (South Florida Region);
22    (7)    *Mark Cooperberg v. Clear Channel Communications, Inc.*, CV 06-
23  2382-SVW (RCx) (Philadelphia Region);
24    (8)    *Nicole Latour v. Clear Channel Communications Inc.*, CV 06-4973-
25  SVW (RCx) (Northern California Region);
26    (9)    *James Friedman v. Clear Channel Communications, Inc.*, CV 06-4974-
27  SVW (RCx) (Michigan Region);
28

1    (10)   *Corey Rosen v. Clear Channel Communications, Inc.*, CV 06-4980-
2  SVW (RCx) (Northern California Region);

3    (11)   *Jennifer Zbytowski v. Clear Channel Communications, Inc.*, CV 06-
4  4985(RCx) (Michigan Region);

5    (12)   *Coya Bailey v. Clear Channel Broadcasting, Inc.*, CV 06-4990-SVW
6  (RCx) (Carolina Region);

7    (13)   *Daniel Hull v. Clear Channel Communications, Inc.*, CV 06-5000-
8  SVW (RCx) (Atlanta Region);

9    (14)   *Terry Leitner v. Clear Channel Communications, Inc.*, CV 06-
10  5008(RCx) (Indiana Region);

11    (15)   *Kevin MacLaughlan v. Clear Channel Communications, Inc.*, CV 06-
12  5012 SVW (RCx) (Boston Region);

13    (16)   *Daniel Woodring v. Clear Channel Communications, Inc.*, CV 06-
14  5018-SVW (RCx) (Ohio Region);

15    (17)   *Melissa Lewis v. Clear Channel Communications, Inc.*, CV 06-5024-
16  SVW (RCx) (Philadelphia Region);

17    (18)   *Graham Sevier-Schultz v. Clear Channel Communications, Inc.*, CV
18  06-5058(RCx) (Houston Region);

19    (19)   *Katherine Ludt v. Clear Channel Communications, Inc.*, CV 06-5091-
20  SVW (RCx) (Wisconsin Region);

21    (20)   *Julie Walker v. Clear Channel Communications, Inc.*, CV 06-5653-
22  SVW (RCx) (District of Columbia Region);

23    (21)   *Cheryl Hintzen v. Clear Channel Communications, Inc.*, CV 06-7522-
24  SVW (RCx) (Arizona Region);

25    (22)   *Judy Kent v. Clear Channel Communications, Inc.*, CV 06-7523-SVW
26  (RCx) (Seattle Region).

27

28

1
2
Dated:  May 22, 2012                    HAGENS BERMAN SOBOL SHAPIRO LLP

3
4      By: /s/ Jennifer F. Connolly
            Jennifer F. Connolly
5      1629 K St. NW, Suite 300
       Washington, D.C.  20006
6      Tel.:  (202) 355-6435
       Fax:  (202) 355-6455
7      E-mail:  JenniferC@hbsslaw.com

8      Elaine T. Byszewski
       Lee M. Gordon
9      HAGENS BERMA SOBOL SHAPIRO LLP
       700 South Flower Street, Suite 2940
10     Los Angeles, CA  90017
       Tel.: (213) 330-7150
11     Fax: (213) 330-7150
       E-mail:  Lee@hbsslaw.com
12               Elaine@hbsslaw.com

13     Steve W. Berman
       George Sampson
14     Tyler Weaver
       HAGENS BERMAN SOBOL SHAPIRO LLP
15     1918 Eighth Ave., Suite 3300
       Seattle, WA  98101
16     Tel.: (206) 623-7292
       Fax.: (206) 623-0594
17     Email:  steve@hbsslaw.com
                george@hbsslaw.com
18              tyler@hbsslaw.com

19     Kenneth A. Wexler
       Mark R. Miller
20     WEXLER WALLACE LLP
       55 W. Monroe, Suite 3300
21     Chicago, IL  60603
       Tel.:  (312) 346-2222
22     Fax:  (312) 346-0022
       E-mail: kaw@wexlerwallace.com
23              mrm@wexlerwallace.com

24
25
26
27
28

1
2
3
4
5

Lee Squitieri
Olga A. Pettigrew
SQUITIERI & FEARON LLP
32 East 57th Street, 12th Floor
New York, NY 10022
Tel.: (212) 421-6492
Fax: (212) 421-6553
E-mail: lee@sfclasslaw.com

6
7

***Co-Lead Counsel and Executive Committee Members***

8
9
10
11

Jeffrey Kodroff
SPECTOR, ROSEMAN, KODROFF & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496 0300
Fax: (215) 496 6611
E-mail: jkodroff@srkw-law.com

12
13
14
15
16

Nicholas Chimicles
Kimberly Donaldson
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19401
Tel.: (610) 642-8500
Fax: (610) 649-3633
E-mail: nick@chimicles.com
        kimdonaldson@chimicles.com

17
18
19
20

Lance Harke
HARKE & CLASBY
9699 NE Second Avenue
Miami, FL 33138
Tel.: (305) 536-8220
Fax: (305) 536-8229
E-mail: lharke@harkeclasby.com

21
22
23
24

Hollis Salzman
LABATON SUCHAROW
140 Broadway
New York, NY 10005
Tel.:(212) 907-0700
Fax:(212) 818-0477
E-mail: hsalzman@labaton.com

25

***Executive Committee Members***

26
27
28

1    Dated:  May 22, 2012

2

3

4    By:   /s/ Jonathan M. Jacobson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


Jonathan M. Jacobson
1301 Avenue of the Americas
40th Floor
New York, NY  10019
Telephone:  (212) 999-5800
Facsimile: (212) 999-5899

Colleen Bal
Wilson Sonsini Goodrich & Rosati PC
650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-8111

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C
Harvey I. Saferstein
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone:  (310) 586-3200

*Attorneys for Defendants*